**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| IN THE INTEREST OF: N.I.C., A MINOR | : | No. 717 MAL 2018 |
| | : | |
| | : | |
| PETITION OF: C.C. | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | | |
| IN THE INTEREST OF: J.I.C., A MINOR | : | No. 718 MAL 2018 |
| | : | |
| | : | |
| PETITION OF: C.C. | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of December, 2018, the Petition for Allowance of Appeal is **DENIED**.